as reconsideration of its previous decision). After considering the sentencing objectives of 18 U.S.C. § 3553(a) and appellant's arguments, the court concluded that a sentence of 144 months imprisonment was appropriate and, on July 7, 2005, entered an order denying appellant's motion for reconsideration. Appellant now appeals that order.

We review the denial of a motion to reconsider for abuse of discretion. *United States v. Simms*, 385 F.3d 1347, 1356 (11th Cir.2004), *cert. denied* 544 U.S. 988, 125 S.Ct. 1872, 161 L.Ed.2d 749 (2005). Our examination of the district court's order of July 7, 2005 in light of the relevant record convinces us that the court acted well within its discretion in denying the motion for reconsideration. The court carefully considered and properly rejected every argument appellant presented in support of his motion.

**AFFIRMED.**

Madeleine R. Shirley, Anne R. Schultz, Lisa A. Hirsch, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM.

On May 23, 2000, the district court sentenced appellant to prison terms totaling 420 months for conspiring to traffick cocaine and related offenses. In addition to sentencing appellant to prison, the court, as part of its final judgment, forfeited to the Government appellant's interest in $59,000 the Government had seized. Appellant appealed his convictions and sentences, and we affirmed. *United States v. Cogdell*, 31 Fed.Appx. 198 (2001) (not published).

On October 15, 2004, appellant filed a motion for return of property, i.e., the $59,000 forfeited to the Government. The court denied his motion. He now appeals this ruling.

We affirm. Appellant's sole means of recourse for obtaining this forfeited property was in his direct appeal of his convictions and sentences, not a motion for the return of property.

**AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andre Dupree COGDELL, Defendant–Appellant.**

No. 05–10004
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 27, 2006.

Andre Dupree Cogdell, Coleman, FL, Pro Se.